**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose ARELLANO–SAUCEDO, Defendant—Appellant.**

**No. 01–10316.**

**D.C. No. CR–01–00055–EHC.**

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002 *.

Decided March 19, 2002.

Before FARRIS, W. FLETCHER and FISHER, Circuit Judges.

## MEMORANDUM **

Jose Arellano–Saucedo appeals his conviction by guilty plea and sentence for one

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

count of illegal re-entry in violation of 8 U.S.C. § 1326(a). Arellano–Saucedo' attorney has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Arellano–Saucedo did not file a pro se supplemental brief.

In the plea agreement, Arellano–Saucedo "waive[d] any right to appeal or collaterally attack the Court's entry of judgment against him ..., and waive[d] any right to appeal or collaterally attack the imposition of sentence upon him under Title 18, United States Code, Section 3742 (sentence appeals)." Having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we are satisfied that the plea agreement, including the waiver of the right to appeal, was entered knowingly and voluntarily. *United States v. Aguilar–Muniz*, 156 F.3d 974, 976 (9th Cir.1998). We therefore enforce the waiver, grant the motion to withdraw, and dismiss the appeal.

DISMISSED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.